NO. 12 CR 3324

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

Arnulfo Cantu Garcia Jr

V.

THE STATE OF TEXAS

From Appeal No. 14-13-00854-CR

Trial cause No. 12 CR 3324

GALVESTON. County

FIRST MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:
COMES NOW, Arnulfo Cantu Garcia Jr Petitioner, and Files this motion For an extension of Sixty (60) days in which to File a petition For Discretionary Review. in support of this motion, appellant Shows the Cort the following

I

The Petitioner was convicted in the 56th District Cour of GALVESTON County, Texas of the offense of INDECENCY WITH A CHILD in cause NO. 12CR3324 styled State of Texas vs. Arnulfo Cantu Garcia Jr The petitioner appealed to the Court of Appeals, 14th Houston, TX. Supreme judicial District. the case was affirmed on 26/SEP/2013

## II

The present deadline for filing the Petition for Discretionary Review is 01/08/2015 The Petitioner has not requested any extension prior to this request

## III

Petitioner request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until 12/19/14 Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Joseph Salhab has informed petitioner that he will not represent him on the petition for Discretionary Review.

WHEREFORE, Petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary Review in case No. 12CR3324 TO 03/08/2015

Petitioner, pro se
Texas Deparment of Criminal justice
Holliday Unit
TDCJ-ID #
Huntsville, Texas 77320

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of time to file a Petition for Discretionary Review, has been Forwarded by U.S. mail postage pre paid, First class, to the Attorney for state Rebecca Klaren at 600 56Th street Suit 1001 Galveston, tx and to the state Prosecuted Attorney P.O. Box 124051, Austin, TX 78711 on this the 6th day of January 2015 _____ Petitioner, Pro se

I, Arnulfo Cantu Garcia Jr, TDCJ # 01881607 , being presently incarcerated in the Holliday Unit of the Texas Deparment of Criminal Justice in Walker County, Texas, verify and declare under penalty of perjury that the forgoing statements are true and correct Executed on this the 6th day of January, 2015.

Arnulfo Cantu Garcia Jr , TDCJ# 01881607